■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JERRY MOSS, Appellant, v WARDEN, Respondent.—Appeal from judgment, Supreme Court, New York County, entered on November 15, 1978, unanimously dismissed *(People ex rel. Hall v Casscles,* 38 NY2d 1006). Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Birns, J. P., Fein, Ross, Lupiano and Bloom, JJ.

■ MILDRED LA GUARDIA, Respondent, v ROBERT CAVANAUGH, Appellant. —Motion, insofar as it seeks reargument, denied and, insofar as it seeks leave to appeal to the Court of Appeals, granted. Concur—Birns, J. P., Fein, Sullivan, Lupiano and Lynch, JJ.